IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTONIA MARSELIS JONES,** | : |
| Petitioner | :  **Civil No. 1:15-cv-1283** |
| v. | : |
| **THE STATE OF PENNSYLVANIA,** et al., | :  **Judge Rambo** |
| | :  **Magistrate Judge Saporito** |
| Respondents | : |

## O R D E R

Before the court is a September 21, 2015 report and recommendation of the magistrate judge (Doc. 14) to whom this matter was referred, in which he recommends that Jones's petition for writ of habeas corpus (Doc. 1) be dismissed as moot by virtue of the dismissal of the underlying criminal matter.  Objections to the report and recommendation were due no later than October 8, 2015, and, to date, no objections have been filed.

Therefore, upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Saporito (Doc. 14);

2) The petition (Doc. 1) is **DISMISSED AS MOOT**.

3) The clerk of court is directed to close the case; and

4) Any appeal taken from this order is deemed frivolous and not in good faith.

                                              s/Sylvia H. Rambo
                                             United States District Judge

Dated: November 2, 2015